# Exhibit B

**Saenz & Anderson, PLLC**
20900 NE 30th Avenue
Ste 800
Aventura, Florida 33180
United States
305-503-5131



## Martinez, Anibal v. Columbus Restaurant

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 05/17/2017 | IDA | Review, revise, edit and file | complaint | 400.00 | 0.90 | 360.00 |
| 05/17/2017 | IDA | Correspond with process server re: service of process | | 400.00 | 0.20 | 80.00 |
| 05/22/2017 | IDA | Prepare | and file first amended complaint | 400.00 | 0.50 | 200.00 |
| 06/13/2017 | BG | Draft | initial draft JSR | 400.00 | 0.60 | 240.00 |
| 07/06/2017 | BG | Edit/Revise Rule 26 Disclosures and Upload | | 400.00 | 0.50 | 200.00 |
| 07/14/2017 | IDA | TC | with Clerk's Office re: Summons to The Colony Hotel LLC | 400.00 | 0.20 | 80.00 |
| 07/14/2017 | IDA | Correspond with process server re: service of process | | 400.00 | 0.20 | 80.00 |
| 07/14/2017 | BG | Draft | Discovery package to | 400.00 | 1.30 | 520.00 |
| 08/30/2017 | BG | Draft | damages calculation | 400.00 | 0.30 | 120.00 |
| 09/01/2017 | BG | TC | with Client in preparation for settlement conference | 400.00 | 0.30 | 120.00 |
| 09/01/2017 | BG | Confer with OC | Re: settlement position | 400.00 | 0.20 | 80.00 |
| 09/01/2017 | BG | Draft | Plainitiff's settlemet statement | 400.00 | 0.80 | 320.00 |
| 09/05/2017 | BG | Settlement Conference | attend settlement conference w/ Judge Goodman | 400.00 | 3.10 | 1,240.00 |
| 10/25/2017 | BG | Draft | Motion for approval of settlement agreement | 400.00 | 1.10 | 440.00 |
| | | | | Totals: | 10.20 | $4,080.00 |

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 05/17/2017 | IDA | Flat fee for copying and postage per retainer agreement | | 25.00 | 1.0 | 25.00 |
| 05/17/2017 | IDA | File complaint | | 400.00 | 1.0 | 400.00 |
| 05/17/2017 | IDA | Service of Process on Defendant(s) | MMPB | 35.00 | 1.0 | 35.00 |
| 05/19/2017 | IDA | Service of Process on Defendant(s) | The Colony Hotel, Inc. | 45.00 | 1.0 | 45.00 |
| 05/31/2017 | IDA | Service of Process on Defendant(s) | Columbus Restaurant | 35.00 | 1.0 | 35.00 |
| 08/01/2017 | IDA | Service of Process on Defendant(s) | Colony Hotel LLC | 35.00 | 1.0 | 35.00 |
| 09/05/2017 | BG | Settlement Conference | parking for settlement conference | 18.00 | 1.0 | 18.00 |

Expense Total: **$593.00**

| | |
|---|---|
| Time Entry Sub-Total: | 4,080.00 |
| Expense Sub-Total: | 593.00 |
| **Sub-Total:** | 4,673.00 |
| Total: | 4,673.00 |